U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 OCT 26 AM 11:51

CLERK

BY [signature] DEPUTY CLERK

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Vermont

United States of America
v.

FNU Karanveer Singh, FNU Sushma, FNU Preeti, Rahul Vashist, Anmal Virk, and Harkewal Singh Dhumi,

*Defendant(s)*

Case No. 2:26-mj-207-1-6

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 25, 2026 in the county of Grand Isle in the District of Vermont, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a) | Entering or attempting to enter the United States at a place other than a designated port of entry |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Reilly Donahue, BPA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/26/26

[signature: Kevin J. Doyle]
*Judge's signature*

City and state: Burlington, Vermont

Kevin J. Doyle, Magistrate Judge, U.S. District Court
*Printed name and title*