# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Reilly B. Donahue, being duly sworn, state as follows:

## Introduction and Agent Background

1. I am a Border Patrol Agent (BPA) of the United States Border Patrol (USBP), a component of Customs and Border Protection (CBP) within the Department of Homeland Security (DHS). I have been so employed since March 4, 2024. I have been assigned to the Swanton, Vermont Border Patrol Station as a BPA for approximately 2 years. I am currently serving as the station's prosecutions agent.

2. This affidavit is offered to demonstrate that probable cause exists to believe that on or about October 25, 2026, in the District of Vermont, Karanveer Singh (SINGH), a citizen of India, FNU Preeti (PREETI), a citizen of India, FNU Sushma (SUSHMA), a citizen of India, Rahul Vashist (VASHIST), a citizen of India, Harkewal Singh Dhumi (DHUMI), a citizen of India, and Anmol Virk (VIRK), a citizen of India, entered or attempted to enter the United States at a place other than as designated by immigration officers, in violation of 8 U.S.C. § 1325(a)(1); and that Bhanu Partap (PARTAP), a citizen of India, attempted to transport aliens in furtherance of their illegal entry while knowing or recklessly disregarding the fact that they were aliens who had illegally entered the United States, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

3. The information contained in this affidavit is based on my own investigation, my review of law enforcement and immigration records, and my training and experience, as well as information I have received or reviewed from other law enforcement involved in the investigation. This affidavit is submitted for the limited purpose of securing a criminal complaint based upon probable cause to believe that PARTAP, SINGH, PREETI, SUSHMA, VASHIST, DHUMI, and VIRK committed the foregoing offenses. As such, this affidavit does not set forth all facts that I

know from my investigation into this matter. Unless otherwise specified, the statements described herein are related in sum and substance and are not intended as direct quotations.

**Probable Cause**

4. On October 25, 2026, at approximately 4:30 a.m., Swanton Station Border Patrol Agents (BPAs) were conducting patrol duties around Alburgh Springs Road in Alburgh, Vermont near the U.S./Canada International Boundary. Based on my training and experience, Alburgh Springs Road and the Lake Champlain shoreline are frequently used by subjects attempting to enter the United States illegally, and by smugglers picking those subjects up in vehicles. This area has seen a significant increase in illegal crossings recently and has been the location of numerous apprehensions by BPAs over the last several months.

5. At approximately 4:55 a.m., Supervisory Border Patrol Agent (SBPA) Robert Rocheleau was patrolling the Lake Champlain shoreline near Alburgh Springs Road on foot utilizing night vision equipment to conduct surveillance and monitor the area for subjects attempting to illegally enter the United States. A short time later, he observed a vehicle drop off several subjects near the U.S./Canada International Boundary in Canada. The subjects then began to walk East. Around the same time, BPA Robert McCabe observed an SUV drive North on Alburgh Springs Road and pull into a residence near the shoreline. SBPA Rocheleau positioned himself in a concealed location just South of the U.S./Canada International boundary and observed the subjects begin walking South before crossing the International Boundary outside a designated Port of Entry (POE).

6. While the subjects were observed by SBPA Rocheleau, they were also seen crossing the International Boundary on a Border Patrol Detection system. A photograph from the detection system is located below.




7. As a Border Patrol Agent assigned to the Swanton Station Area of Responsibility and having familiarity with the area, I know there is a POE, *i.e.*, a place designated for entry into the United States by the Secretary of Homeland Security, approximately 650 feet west of the location where the subjects were observed unlawfully entering the United States.

8. SBPA Rocheleau remained in a concealed location and observed the group of subjects walk past him and continue South on the Lake Champlain shoreline. He then followed the group approximately 180 feet South before they turned West near the lake access ramp on Alburgh Springs Road. SBPA Rocheleau observed the subjects walking towards the driveway of the Alburgh Springs Road address and entering the awaiting vehicle that BPA McCabe previously observed.

9. SBPA Rocheleau then approached the vehicle and began giving the subjects commands. The vehicle was identified as a white GMC Denali SUV bearing Florida registration 42EMWU and the driver was identified as Bhanu PARTAP, who was determined to be a citizen of India without documentation to enter or remain in the United States legally.

10. SINGH, PREETI, SUSHMA, VASHIST, DHUMI, and VIRK were among the

subjects that BPAs encountered. Each was determined to be a citizen of India without documentation to enter or remain in the United States legally.

11. The group also contained a family unit from Ireland, including an approximately one-year-old girl. The temperature outside during the time of the crossing near Lake Champlain was approximately 39 degrees and the vehicle that PARTAP was driving was not equipped with enough seats to accommodate nine passengers. Additionally, the National Weather Service lists the water temperature of Lake Champlain as approximately 51 degrees in the area near where the subjects were located. The vehicle also did not have a car seat for a one-year-old. BPAs placed all the subjects in their vehicles and transported them back to the Swanton Border Patrol Station for records checks and processing.

12. Below is a map of the area described above. The thin white line at the top of the image above the words "UNITED STATES" indicates the U.S./Canada International Boundary. The grey pin under the white line in the left corner of the image shows the location of the nearest POE. The red dot is the approximate area where the group of subjects was first spotted, and the black dot is where BPAs apprehended PARTAP, SINGH, PREETI, SUSHMA, VASHIST, DHUMI, and VIRK.




13. At the Swanton Border Patrol Station, BPAs took all the subjects' fingerprints and biographical information and queried the data in law enforcement and immigration databases. Records from these databases revealed that PARTAP, SINGH, PREETI, SUSHMA, VASHIST, DHUMI, and VIRK did not possess documentation to enter or remain in the United States legally. BPAs were unable to find any record showing that any of them had presented themselves for inspection at a designated Port of Entry (POE).

14. Records checks also revealed that PARTAP, the driver of the vehicle, had previously been apprehended by the U.S. Border Patrol on or about November 18, 2024, in San Diego, California after crossing into the United States illegally. PARTAP was paroled into the United States and required to check in with Immigration and Customs Enforcement periodically while awaiting the adjudication of his case. In early 2025, PARTAP stopped attending his required check-ins. This record check also showed that DHUMI had also previously been apprehended by the U.S. Border Patrol in Sumas, Washington on or about October 27, 2025. He was processed and removed from the United States.

15. At the station, PARTAP was read his *Miranda* rights utilizing a CBP authorized translation service. PARTAP agreed to speak with law enforcement without an attorney present. During the interview, PARTAP stated that he had been asked to drive to Vermont from New York City to pick someone up at an agreed upon location for a fee. PARTAP also admitted that he rented the GMC Denali SUV for the sole purpose of driving to Vermont and picking the subject up, and that the individual who had facilitated the trip had promised to reimburse him for the price of the rental.

**Conclusion and Request**

16. Based on the foregoing, I submit there is probable cause to believe that on or about or about October 25, 2026, in the District of Vermont, Karanveer Singh, a citizen of India, FNU Preeti, a citizen of India, FNU Sushma, a citizen of India, Rahul Vashist, a citizen of India, Harkewal Singh Dhumi, a citizen of India, and Anmol Virk, a citizen of India, entered or attempted to enter the United States at a place other than as designated by immigration officers, in violation of 8 U.S.C. § 1325(a)(1); and that Bhanu Partap, a citizen of India, attempted to transport aliens in furtherance of their illegal entry while knowing or recklessly disregarding the fact that they were aliens who had illegally entered the United States, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii). I request the Court issue a complaint charging them accordingly.

Dated at Burlington, in the District of Vermont on this 26th day of October 2026.

REILLY B. DONAHUE
U.S. Border Patrol Agent

Attested to by the complainant in my presence, this 26th day of October 2026.

HONORABLE KEVIN J. DOYLE
U.S. Magistrate Judge